IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06MC31**

| | |
|---|---|
| JERRY RYAN, on behalf of himself and all others similarly situated,<br>　　　　　　　　Plaintiffs,<br>v.<br>FLOWSERVE CORPORATION, et al,<br>　　　　　　　　Defendants. | **ORDER GRANTING<br>ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of plaintiff Alaska Electrical Pension Fund allow **Daniel Brian Swerdlin** to appear *Pro Hac Vice*, dated December 8, 2006 [doc. #13].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Swerdlin has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: December 12, 2006

Graham C. Mullen
United States District Judge