IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 MC 31**

| | |
|---|---|
| JERRY RYAN, on behalf of himself and all other similarly situated,<br>　　　　　　　Plaintiff,<br>v.<br>FLOWSERVE CORP., *et al*,<br>　　　　　　　Defendants. | **ORDER GRANTING ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of plaintiff Alaska Electrical Pension Fund to allow **Willie C. Briscoe** to appear *Pro Hac Vice*, dated February 2, 2007 [doc. #16].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Briscoe has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: February 5, 2007

Graham C. Mullen
United States District Judge