IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06 MC 0031

| | |
|---|---|
| JERRY RYAN, on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) FLOWSERVE CORPORATION, et al, ) ) Defendants. ) ) | ORDER |

THIS MATTER is before the Court on Plaintiff's Motion to Compel Third Party Customer Duke Energy Corporation's Production of Responsive Documents (Document #3). The Parties have informed the Court they have reached an agreement on this motion, therefore, the Plaintiff's Motion to Compel is hereby moot.

IT IS SO ORDERED.

Signed: February 22, 2007

Graham C. Mullen
United States District Judge